IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**ERIC ORLANDO FOWLER,**

    **Plaintiff,**

v.                                                     Case No. 5:25-cv-123-AW-MJF

**UNITED STATES OF AMERICA,** *et al.*,

    **Defendants.**

_____/

## ORDER OF DISMISSAL

Having considered the matter, and after a de novo review of the issues raised in Plaintiff's objections (ECF No. 4), I now adopt the report and recommendation (ECF No. 3) and incorporate it into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice." The clerk will then close the file.

SO ORDERED on July 1, 2025.

                                              s/ *Allen Winsor*
                                              Chief United States District Judge